# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DAMARLO MARCELLE WEST,            **Criminal No.** 20-mj-520(KMM)

                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum     ( ) Ad Testificandum

Name of Detainee:   DAMARLO MARCELLE WEST

Detained at (custodian):   HENNEPIN COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:   a.)   (X) charged in this district by: Complaint
                       Charging Detainee With:
or        b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of this proceeding
or        b.)   (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on July 17, 2020 at 1:00 p.m. via Zoom in the courtroom of the Honorable Katherine M. Menendez.

Dated: July 16, 2020                        */s David P. Steinkamp*
                                                 DAVID P. STEINKAMP, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

July 16, 2020                                          [signature]
Date                                                     UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | male |
| Booking #: | 2020012453 | DOB: | xx/xx/ |
| Facility Address: | 401 4th Avenue South, Suite 100 | Race: | |
| | Minneapolis, MN 55415 | FBI #: | |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | Felon in Possession | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                      (Signature)